AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>ALONZO CLEA<br><br><br>*Defendant(s)* | Case No.  **14-2284SAG** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____July 19, 2014_____ in the county of _____Baltimore City_____ in the
_____ District of _____Maryland_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Felon |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Officer Gary Smith, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct 9, 2014

_____
*Judge's signature*

City and state: Baltimore, Maryland   Hon. Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| ALONZO CLEA, | * Criminal No. 14-2284SAG |
| Defendant. | * |

...oOo...

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Task Force Officer Gary Smith, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint.

2. I am a Task Force Officer ("TFO") with the U.S. Department of Justice, Bureau of Alcohol Tobacco, Firearms and Explosives ("ATF"), and have been since February 2010. I have received specialized training in the investigation of violations of federal/state firearms and narcotics laws. In my current capacity, I am responsible for investigations of federal/state firearms and narcotics violations and the investigation of violent drug and firearm trafficking organizations.

3. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause.

4.      The information contained in this Affidavit is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement officers and other individuals. All conversations and statements described in this Affidavit are related in substance and in part unless otherwise indicated. Summaries and descriptions, including quotations, of recorded conversations are based on a review of audio recordings and draft transcripts thereof.

## PROBABLE CAUSE

5.      On July 19, 2014, an officer with the Baltimore City Police Department was patrolling the neighborhood of Cherry Hill in Baltimore, Maryland. The officer observed Alonzo CLEA walking and exhibiting signs and characteristics of a possibly armed individual. The officer observed CLEA grab his left waistband area several times, performing what the officer believed to be a "security check," which is when an individual confirms that a firearm is secure and is not going to fall to the ground. The officer observed CLEA walking with a normal gait, with his right hand swinging back and forth, but his left hand not moving. The officer observed that CLEA's left hand was rigid at his side, with his inner forearm pushed up against his hip. Based on the officer's knowledge, training, and experience, he believed CLEA was armed with a firearm.

6.      When the officer approached CLEA, CLEA began to run from the officer. During this time, CLEA was holding the left side of his waistband. The officer pursued CLEA, who ran into the kitchen of a residence at 2814 Spelman Road, Baltimore, Maryland. The officer, who was following CLEA, observed CLEA remove a black object (which the officer immediately recognized to be a firearm) from CLEA's left side waistband area and place it in the

waistband of a woman, later identified to be his wife. CLEA then exited the rear of the residence and continued to flee. The officer removed the firearm from the woman's waistband area and continued to pursue CLEA. CLEA was later apprehended and placed under arrest.

7. The firearm that was recovered was a Colt official police .38 special revolver bearing serial number 872174, which was loaded with six .38 special cartridges.

8. CLEA was transported to the Southern District Police Department, where he was advised of his *Miranda* rights. CLEA waived his *Miranda* rights. CLEA admitted to possessing the firearm and stated that he placed the firearm in his wife's pants.

9. CLEA was transported to Baltimore Central Booking and Intake Center, where he was charged with crimes relating to the firearm.

## 18 U.S.C. § 922(g)(1) Charge

10. The Colt firearm was not manufactured within the State of Maryland and, therefore, it traveled across state lines before CLEA possessed it.

11. Additionally, the Colt firearm was tested and found to be operable, and so it meets the federal definition of a firearm found in 18 U.S.C. § 921(a)(3)(A) because it was designed to expel a projectile by the action of an explosive.

12. Prior to July 19, 2014, CLEA was convicted of a crime punishable by more than one year imprisonment. In 2009, CLEA was convicted of handgun in vehicle in Baltimore City, and he was sentenced to three years' imprisonment. Also in 2009, CLEA was convicted of possession of a firearm by a minor in Baltimore City, and he was sentenced to five years' imprisonment with four years suspended.

## CONCLUSION

13.     Based upon the foregoing, I submit that there is probable cause to believe that Alonzo CLEA did knowingly and intentionally possess a firearm after having been convicted of a crime punishable by more than one year imprisonment in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Gary Smith
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to before me on ___10/9/_____, 2014

Honorable Stephanie A. Gallagher
United States Magistrate Judge
District of Maryland

4